UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0067--CV (JWS)
"IN RE: LITTLE WHITE DOVE"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/05/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (340) Marine
                    MARITIME LIMITATION OF LIABILITY
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 04/05/05 receipt # 00125422
         Trial by: Court
```

Parties of Record:                              Counsel of Record:

| | | | |
|---|---|---|---|
| PLF 1.1 | LITTLE WHITE DOVE LLC | | Cheryl L. Graves<br>Farley & Graves<br>3003 Minnesota Drive, Suite 300<br>Anchorage, AK 99503<br>907-274-5100<br>FAX 907-274-5111 |
| DEF 1.1 | CALUGAN, DENISE PAULA | | Patrick J. McKay<br>Law Offices of Patrick J. McKay<br>211 H Street<br>Anchorage, AK 99501<br>907-276-5541<br>FAX 907-258-6682 |
| DEF 2.1 | ROEHL, DANIEL RAYMOND, ESTATE OF | | Patrick J. McKay<br>(see above) |
| DEF 3.1 | GUNDERSEN, KASIE | | Patrick J. McKay<br>(see above) |
| DEF 4.1 | GUNDERSEN, NICOLE | | Patrick J. McKay<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0067--CV (JWS)
"IN RE: LITTLE WHITE DOVE"

                        For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 04/05/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (340) Marine
                  MARITIME LIMITATION OF LIABILITY
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 04/05/05 receipt # 00125422
        Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/05/05 | Complaint for exoneration from or limitation of liability filed. |
| 2 - 1 | 04/05/05 | PLF 1 motion (application) for issuance of injuncton. |
| 2 - 2 | 04/05/05 | PLF 1 motion for order approving stipulation re: security and directing issuance of notice. |
| 3 - 1 | 04/05/05 | PLF 1 Stipulation re: security for value of plaintiff's interest & security for costs. |
| NOTE - 1 | 04/11/05 | Issued: Notice of cmplt for exoneration from or limitation of liability. |
| 4 - 1 | 04/11/05 | JWS Order granting mot (appl) for issuance of inj (2-1), mot for ord approving stip re: security & directing issuance (2-2), stip re: security for value of plf's interest & security (3-1). cc: cnsl, USM, Finance |
| 5 - 1 | 04/11/05 | PLF 1 Bond for limitation fund & costs & JWS approval of bond. cc: cnsl, Finance (original bond forwarded to finance) |
| 6 - 1 | 06/01/05 | PLF 1 Notice of publication in Anchorage Daily News 4/24/05'5/1/05/5/8/05 & 5/15/05 of notice of complaintfrom or limitation of liability. |
| 7 - 1 | 06/02/05 | PLF 1 Aff of svc of complaint, application for issuance of injunction, mot for approving stip re: security & directing issuance of notice, order of injunction approving stip re: security & directing issuance  of notice, notice of compliant, stip re: security for value of plf's interest & security for costs, and bond for limitations fund and costs on P. McKay and D. Loutrel on 4/7/05. |
| 8 - 1 | 06/02/05 | PLF 1 Aff of svc of complaint, application for issuance of injunction, mot for approving stip re: security & directing issuance of notice, order of injunction approving stip re: security & directing issuance  of notice, notice of compliant, stip re: security for value of plf's interest & security for costs, and bond for limitations fund and costs on  C. Moure on 6/1/05. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0067--CV (JWS)
"IN RE: LITTLE WHITE DOVE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 9 - 1 | 06/02/05 | PLF 1 Notice of information provided to claimants. |
| 10 - 1 | 06/17/05 | JWS Minute Order that plf to provide stat rpt w/i 20 days. cc: cnsl |
| 11 - 1 | 07/07/05 | PLF 1 Response to Order re: stat. |
| 12 - 1 | 07/11/05 | PLF 1; DEF 1-4 Report re: S&P conf rpt. |
| 13 - 1 | 07/12/05 | DEF 1-4 Answer and Claim. |
| 14 - 1 | 07/18/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 03/31/06; Dispositive mots ddln 04/03/06; 4 day TBC estimate. cc: cnsl |
| 15 - 1 | 08/01/05 | PLF 1 Preliminary Witness List. |
| 16 - 1 | 08/04/05 | DEF 1-4 Preliminary Witness List. |