CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br>Case No. A05-0067 CV (JWS) |

## **PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff, LITTLE WHITE DOVE, LLC, by and through its counsel, Farley & Graves, P.C., hereby submits its final witness list as follows:

1.   John Bond, Deputy Fire Marshall  **(Expert)**
     Department of Public Safety
     Division of Fire Prevention
     5700 E. Tudor Road
     Anchorage, AK  99507
     (907) 236-5604

This witness will testify regarding his investigation of the incident at issue.

2. Joseph Carr
c/o Farley & Graves, P.C.
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
(907) 274-5100

This witness will testify regarding his knowledge of the F/V LITTLE WHITE DOVE.

3. Tara Carr
c/o Farley & Graves, P.C.
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
(907) 274-5100

This witness will testify regarding her knowledge of the F/V LITTLE WHITE DOVE.

4. Peter B. Costello, Maritime Insurance Adjuster, Surveyor, & Investigator
2415 Cottonwood Street
Anchorage, AK  99508
(907) 222-1631

This witness will testify regarding his investigation of the incident at issue.

5. Peter Devine, Firefighter
Sand Point Fire Department
Department of Public Safety
P.O. Box 423
Sand Point, AK  99661-0423
(907) 383-3700

This witness will testify regarding the fire and subsequent investigation of the incident at issue.

6. Andy Everts, Alaska State Trooper
Department of Public Safety
5700 E. Tudor Road
Anchorage, AK  99507
(907) 248-1410

This witness will testify regarding the investigation of the incident at issue.

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

7.     Officer Cullen Fowler
Sand Point Police Department
Department of Public Safety
P.O. Box 423
Sand Point, AK 99661-0423
(907) 383-3700

This witness will testify regarding the investigation of the incident at issue.

8.     Brey Gasper, Crewmember
Sand Point, AK 99661
(907) 383-2320

This witness will testify regarding his knowledge of the F/V LITTLE WHITE DOVE.

9.     Knute Gilbert, Jr.
Sand Point Night Harbormaster
Robert E. Galovin Boat Harbor
P.O. Box 249
Sand Pont, AK 99661
(907) 383-2331

This witness will testify regarding the activities of Daniel Raymond Roehl, Decedent, and information related to the incident at issue.

10.    Leilani Hamik
P.O. Box 65
Sand Point, AK 99661-65
(Phone Unknown)

This witness will testify regarding the activities of Daniel Raymond Roehl, Decedent, and information related to the incident at issue.

11.    Allen Hill, Fire Chief
Sand Point Fire Department
Department of Public Safety
P.O. Box 423
Sand Point, AK 99661-0423
(907) 383-3700

This witness will testify regarding the fire and subsequent investigation of the incident at issue.

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

12. Jason Hutchins, Firefighter
Sand Point Fire Department
Department of Public Safety
P.O. Box 423
Sand Point, Alaska 99661-0423
(907) 383-3700

This witness will testify regarding the fire and subsequent investigation of the incident at issue.

13. Wade Johansen, Crewmember
P.O. Box 38
Sand Point, AK 99661-38
(907) 383-5811

This witness will testify regarding his knowledge of the F/V LITTLE WHITE DOVE.

14. Brian Koral, Lieutenant
Sand Point Fire Department, Department of Public Safety
P.O. Box 423
Sand Point, Alaska 99661-0423
(907) 383-3700

This witness will testify regarding the fire and subsequent investigation of the incident at issue.

15. Joanne Lee, Fire Captain
Sand Point Fire Department, Department of Public Safety
P.O. Box 423
Sand Point, Alaska 99661-0423
(907) 383-3700

This witness will testify regarding the fire and subsequent investigation of the incident at issue.

16. John Lee
Fleet Welding & Aluminum Skiff Building
Sand Point, AK 99661
(907) 383-5844

This witness will testify regarding his knowledge of the F/V LITTLE WHITE DOVE.

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100  FAX (907) 274-5111

17. Ron Liem, P.E.  **(Expert)**
    Forensic Engineering and Scientific Services
    P.O. Box 165
    Bellevue, WA  98009-0165
    (425) 883-8365

    This witness will testify regarding his investigation of the incident at issue.

18. Matt Nielsen
    P.O. Box 117
    Cold Bay, AK  99517
    (907) 532-2407

    This witness will testify regarding his knowledge of the F/V LITTLE WHITE DOVE.

19. Sarah Nielsen
    P.O. Box 294
    Cold Bay, AK  99571
    (Phone Unknown)

    This witness will testify regarding his knowledge of the F/V LITTLE WHITE DOVE.

20. Officer Alvin Osterback
    Sand Point Police Department
    Department of Public Safety
    P.O. Box 423
    Sand Point, Alaska  99661-0423
    (907) 383-3700

    This witness will testify regarding the activities of Daniel Raymond Roehl, Decedent, the fire, and subsequent investigation of the incident at issue.

21. David Osterback
    Island Marine Surveyors
    P.O. Box 144
    Sand Point, Alaska  99661
    (907) 383-3701

    This witness will testify related to the surveying and seaworthiness of the F/V LITTLE WHITE DOVE

PLAINTIFF'S FINAL WITNESS LIST
CASE NO. A05-0067 CV (JWS)        Page 5 of 7        /dc

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

30184 hb100901

22. Sgt. Quinn, Alaska State Trooper
    536 Kenny Wren Road
    P.O. Box 950
    Dillingham, Alaska  99576
    (907) 842-5641

    This witness will testify regarding the investigation of the incident at issue.

23. Tim Riddle  **(Expert)**
    Riddle & Associates, Inc.
    P.O. Box 2511
    Kirkland, WA  98083
    (425) 828-3164

    This witness will testify regarding his investigation of the incident at issue.

24. Chief Joseph V. Shoemaker
    Sand Point Police Department
    Department of Public Safety
    P.O. Box 423
    Sand Point, Alaska  99661-0423
    (907) 383-3700

    This witness will testify regarding the investigation of the incident at issue.

25. Mat Theriot, Chief Petty Officer
    Investigations Department
    USCG MSO Anchorage
    510 L Street, Suite 100
    Anchorage, AK  99501-1946
    (907) 271-1660

    This witness will testify regarding the investigation of the incident at issue.

26. Representative of Sand Point Emergency Medical Services
    Department of Public Safety
    P.O. Box 423
    Sand Point, Alaska  99661-0423
    (907) 383-4111

    This witness will testify regarding the incident at issue.

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

DATED this 10th day of February 2006 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/ Cheryl L. Graves
CHERYL L. GRAVES
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
Phone:  (907) 274-5100
Fax:  (907) 274-5111
E-mail:  cgraves@farleygraves.com
Alaska Bar No.:  9711062
Attorneys for Plaintiff, Little White Dove, LLC

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 10th day of February 2006, a true and correct copy of the foregoing document was served electronically to the following person(s):

David B. Loutrel, Esq.
1430 Crescent Avenue
Anchorage, AK  99508

By:  s/ Donna Charter, Legal Secretary

PLAINTIFF'S FINAL WITNESS LIST
CASE NO. A05-0067 CV (JWS)                           Page 7 of 7                                      /dc

30184 hb100901