Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No. 3:05-cv-00067-JWS |
| LITTLE WHITE DOVE, LLC, ) | |
| an Alaska Limited Liability Company, ) | |
| Owner of the F/V LITTLE WHITE ) | |
| DOVE, Official No. 607001, for ) | |
| exoneration from or limitation of ) | |
| liability, ) | **ENTRY OF APPEARANCE** |
| ) | |
| Plaintiff, ) | |
| ) | |

       In accordance with the attached Motion for Withdrawal and Substitution of Counsel signed by attorney Patrick J. McKay and consented to by Respondents/Claimants, Charles W. Ray, Jr. hereby enters his appearance on behalf of Respondents/Claimants, Paula Denise Calugan, as Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, in the above-

Entry of Appearance
In Re Complaint of Little White Dove   A05-0067 CV (JWS)
Page 1 of 2   342.1 Roehl/Entry.app

entitled case and requires that copies of all pleadings filed in regard to this action be served upon the undersigned attorney at the following address:

> Law Office of Charles W. Ray, Jr., P.C.
> 711 H Street, Suite 310
> Anchorage, AK 99501
> (907) 274-4839

DATED 6 March 2006

s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

CERTIFICATE OF SERVICE

I hereby certify that on 6 March 2006, a copy of the foregoing Entry of Appearance with attached Motion for Withdrawal and Substituion of Counsel and (Proposed) Order was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com

and was served via the U.S. Postal Service on the following:

Patrick J. McKay,
211 H Street
Anchorage, AK 99501

By: s/Charles W. Ray, Jr.