Patrick J. McKay, Esq
LAW OFFICES OF PATRICK J. McKAY
211 H Street
Anchorage, Alaska 99501
907-276-5541
Attorney (co-counsel) for Claimants:
Paula Denise Calugan, Personal Representative
for the Estate of Daniel Roehl and
Kasie Gundersen, Parent & Next Friend of
Nicole Gundersen, a minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> LITTLE WHITE DOVE, LLC, an Alaska ) <br> Limited Liability Corporation, Owner of ) <br> the F/V LITTLE WHITE DOVE, ) <br> Official No. 607001, for exoneration ) <br> from or limitation of Liability, ) <br> ) <br> Plaintiff ) <br> _____) | IN ADMIRALTY |

Civil Action No. A05-0067 (JWS)

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Patrick J. McKay, and pursuant to Rule 83.1(f) of the Local District Court Rules, moves this court for an order allowing his withdrawal as co-counsel on behalf of claimants Paula Denise Calugan, Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor.

In the Matter of the Little White Dove
Case No. A05-0067
MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL                                                                 Page 1 of 2

The basis for this motion is that Mr. McKay has been appointed to the position of Superior Court Judge for the State of Alaska, Third Judicial District, and is thus unable to continue his representation in this matter.

Mr. Charles W. Ray Jr., 711 H Street, Suite 310, Anchorage, Alaska 99501, is substituting as counsel for Paula Denise Calugan, Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor.

DATED this 6th day of February, 2006.

_____
Patrick J. McKay

**CONSENT TO WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Come now Paula Denise Calugan, Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, and hereby consent to the Withdrawal of Patrick J. McKay and the substitution of Charles W. Ray, Jr. as our counsel of record in this case.

Dated this 13th day of February, 2006.

_____
Paula Denise Calugan

_____
Kasie Gundersen

In the Matter of the Little White Dove
Case No. A05-0067
MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL                                              Page 2 of 2