Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No. 3:05-cv-00067-JWS |
| LITTLE WHITE DOVE, LLC, ) | |
| an Alaska Limited Liability Company, ) | |
| Owner of the F/V LITTLE WHITE ) | |
| DOVE, Official No. 607001, for ) | (PROPOSED) |
| exoneration from or limitation of ) | **ORDER PERMITTING WITHDRAWAL** |
| liability, ) | **AND SUBSTITUTION OF COUNSEL** |
| ) | |
| Plaintiff, ) | |
| ) | |

    The Motion for Withdrawal and Substitution of Counsel is GRANTED. Charles W. Ray, Jr.'s Entry of Appearance on behalf of Respondents/Claimants Paula Denise Calugan, as Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, in the above-entitled case is permitted.

    DATED this ____ day of _____, 2006.

                                                          _____
                                                          John W. Sedwick
                                                          United States District Court Judge