Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br> Plaintiff, ) <br> ) | Case No. 3:05-cv-0067-JWS <br><br> **MOTION TO LIFT INJUNCTION** |

   Claimants/Respondents Paula Denise Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, move for an order lifting the injunction entered by this Court on 7 April 2005, in order that they be permitted to proceed with claims against petitioner

outside this limitation action in a court and venue of their choice. This motion is supported by the attached memorandum.

DATED 7 March 2006.

s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
        craylaw@aol.com
ABA# 8406048


CERTIFICATE OF SERVICE

I hereby certify that on 7 March 2006, a copy of the foregoing Motion to Lift Injunction and attached proposed Order was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com

and was served via the U.S. Postal Service on the following:

Patrick J. McKay,
211 H Street
Anchorage, AK 99501


By: s/Charles W. Ray, Jr.

---

Motion to Lift Injunction
In Re Complaint of Little White Dove   A05-0067 CV (JWS)
Page 2 of 2   342.1 Roehl/Lift Stay.mtn