Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br>               Plaintiff, ) <br> _____ ) | Case No. 3:05-cv-00067-JWS <br><br> ORDER GRANTING MOTION <br> TO LIFT INJUNCTION |

      Based on the pleadings submitted by Paula Denise Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next of friend of Nicole Gundersen (hereafter "Claimants/Respondents"), through their lawyer Charles W. Ray, Jr., seeking an order lifting the injunction against prosecution of claims against the petitioner herein in other fora, the opposition, if any, and the record in this case,

Order Granting Motion to Lift Injunction
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 2   342.1 Roehl/Lift Stay order

IT IS ORDERED AS FOLLOWS:

1. The Motion to Lift Injunction is granted and Claimants/Respondents Paula Denise Calugan and/or Kasie Gundersen may pursue wrongful death, survival, and/or any other permissible claims arising from the incident described in the limitation petition filed herein against petitioner in an appropriate forum and/or venue of their choice, provided that: (a) this Court shall retain jurisdiction over all matters concerning petitioner's right to limitation of liability; and (2) claimants/respondents shall abide by the terms of the stipulation submitted in support of their Motion to Lift Injunction;

2. This matter shall be stayed pending the resolution of claims in other venue(s) and/or fora as set out in paragraph 1, above, or motion practice by Petitioner in the event the terms of the Respondents/Claimants' stipulation is alleged to have been violated; and

3. Petitioners/Claimants shall at three-month intervals provide a brief status report regarding other proceedings.

IT IS SO ORDERED this ___ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

Order Granting Motion to Lift Injunction
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 2 of 2   342.1 Roehl/Lift Stay order