Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

## IN THE UNITED STATES COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>                    Plaintiff, | Case No. 3:05-cv-00067-JWS<br><br>**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

The Motion for Withdrawal and Substitution of Counsel is **GRANTED**. Charles W. Ray, Jr.'s Entry of Appearance on behalf of Respondents/Claimants Paula Denise Calugan, as Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, in the above-entitled case is permitted.

DATED this 7th day of March, 2006.

                    /s/
                    John W. Sedwick
                    United States District Court Judge