Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of<br>LITTLE WHITE DOVE, LLC,<br>an Alaska Limited Liability Company,<br>Owner of the F/V LITTLE WHITE<br>DOVE, Official No. 607001, for<br>exoneration from or limitation of<br>liability,<br><br>                    Plaintiff, | Case No. 3:05-cv-00067-JWS<br><br><br>STIPULATION FOR EXTENSION |

   Plaintiff Little White Dove, LLC, and Respondents/Claimants Paula Denise Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, through their respective attorneys of records, hereby stipulate and agree that Plaintiff shall have until 31 March 2006 to file an opposition to Respondents/Claimants' Motion to Lift Injunction (Docket 19).

It is also stipulated and agreed that Respondents/Claimants shall have until 7 April 2006 to file a reply to Plaintiff's opposition.

DATED 17 March 2006.

/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

CERTIFICATE OF SERVICE

I hereby certify that on 17 March 2006, a copy of the foregoing Stipulation for Extension of Time and proposed Order was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com

By: /s/Charles W. Ray, Jr.