Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of<br>LITTLE WHITE DOVE, LLC,<br>an Alaska Limited Liability Company,<br>Owner of the F/V LITTLE WHITE<br>DOVE, Official No. 607001, for<br>exoneration from or limitation of<br>liability,<br><br>           Plaintiff, | Case No. 3:05-cv-00067-JWS<br><br><br>(PROPOSED) ORDER<br>GRANTING STIPULATION FOR<br>EXTENSION OF TIME |

IT IS HEREBY ORDERED that the stipulation for extension of time is granted. Plaintiff shall have until 31 March 2006 to file an opposition to Respondents/Claimants' Motion to Lift Injunction (Docket 19).

IT IS ALSO ORDERED Respondents/Claimants shall have until 7 April 2006 to file a reply to Plaintiff's opposition.

IT IS SO ORDERED this ___ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

Order Granting Stipulation for Extension of Time
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 1   342.1 Roehl/StipExt.ord