CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability, | IN ADMIRALITY |
| Plaintiff. | Case No. 3:05-CV-0067-JWS |

### [PROPOSED]
### ORDER DENYING MOTION TO LIFT INJUNCTION

This matter having come before the Court upon Claimants' Motion to Lift Injunction, and the Court having reviewed the pleadings relating to same,

IT IS HEREBY ORDERED that Claimants' motion is DENIED.

DATED this _____ day of _____ 2006 at Anchorage, Alaska.

By: s/John W. Sedwick
THE HONORABLE JOHN W. SEDWICK

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this 31st day of March 2006, I caused a true and correct copy of Order Denying Motion to Lift Injunction to be served electronically on the following person(s):

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

By: s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100  FAX (907) 274-5111

ORDER DENYING MOTION TO LIFT INJUNCTION
CASE NO. 3:05-CV-0067-JWS
Page 2 of 2
/dc

30184 hc310909