Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br> Plaintiff, ) <br> ) | Case No. 3:05-cv-00067-JWS <br><br> (PROPOSED) ORDER <br> GRANTING STIPULATION FOR <br> EXTENSION OF TIME |

IT IS HEREBY ORDERED that the stipulation for extension of time is granted. Respondents/Claimants shall have until 14 April 2006 to file a reply to Plaintiff's opposition.

IT IS SO ORDERED this ___ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

Order Granting Stipulation for Extension of Time
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 1   342.1 Roehl/StipExt2.ord