Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

## IN THE UNITED STATES COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No. 3:05-cv-00067-JWS |
| LITTLE WHITE DOVE, LLC, ) | |
| an Alaska Limited Liability Company, ) | |
| Owner of the F/V LITTLE WHITE ) | |
| DOVE, Official No. 607001, for ) | ORDER GRANTING STIPULATION |
| exoneration from or limitation of ) | FOR EXTENSION OF TIME |
| liability, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |

IT IS HEREBY ORDERED that the stipulation for extension of time is granted. Respondents/Claimants shall have until 14 April 2006 to file a reply to Plaintiff's opposition.

The stipulation for extended filing dates at docket 23 is **GRANTED**.

IT IS SO ORDERED this 12th day of April, 2006.

/s/
John W. Sedwick
United States District Court Judge

Order Granting Stipulation for Extension of Time
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 1    342.1 Roehl/StipExt2.ord