Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Case No. 3:05-cv-00067-JWS |
| LITTLE WHITE DOVE, LLC, | ) | |
| an Alaska Limited Liability Company, | ) | |
| Owner of the F/V LITTLE WHITE | ) | |
| DOVE,  Official No. 607001, for | ) | |
| exoneration from or limitation of | ) | AMENDED CERTIFICATE OF SERVICE |
| liability, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |

I hereby certify that on 14 June 2006, a copy of the Amended Answer,

Affirmative Defenses and Claim of Denise Paula Calugan, as Personal Representative of the

Estate of Daniel Raymond Roehl was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com

DATED 14 June 2006
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
           craylaw@aol.com
ABA# 8406048