Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of<br>LITTLE WHITE DOVE, LLC,<br>an Alaska Limited Liability Company,<br>Owner of the F/V LITTLE WHITE<br>DOVE, Official No. 607001, for<br>exoneration from or limitation of<br>liability,<br><br>      Plaintiff, | Case No. 3:05-cv-00067-JWS<br><br>SECOND<br><u>AMENDED CERTIFICATE OF SERVICE</u> |

  I hereby certify that on 14 June 2006, a copy of the Amended Answer, Affirmative Defenses and Claim of Denise Paula Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl was served electronically on:

 Cheryl L. Graves
 Farley & Graves
 cgraves@farleygraves.com

DATED 14 June 2006
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048


CERTIFICATE OF SERVICE

I hereby certify that on 14 June 2006, a copy of the foregoing Amended Certificate of Service was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com


By: s/Charles W. Ray, Jr.