Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br> Plaintiff, ) <br> _____ ) | Case No. 3:05-cv-00067-JWS <br><br><br><br> NOTICE OF APPEAL |

      NOTICE IS HEREBY given that Claimants/Respondents Paula Denise Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor, through their lawyer, Charles W. Ray, Jr., pursuant to Fed. R. App. 3(a), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order denying their Motion to Lift Injunction (Opinion and Order, Docket No. 31) dated 16 June 2006.

Notice of Appeal
In Re Complaint of Little White Dove    3:05-cv-00067-JWS
Page 1 of 2    342.1 Roehl/Appeal.not

DATED 10 July 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
       craylaw@aol.com
ABA# 8406048

CERTIFICATE OF SERVICE

I hereby certify that on 10 July 2006, a copy of the foregoing Notice of Appeal with attached Representation Statement and Civil Appeals Docketing Statement, was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com


By: s/Charles W. Ray, Jr.

Notice of Appeal
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 2 of 2   342.1 Roehl/Appeal.not