Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

## IN THE UNITED STATES COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br>                Plaintiff, ) <br> _____ ) | Case No. 3:05-cv-00067-JWS <br><br><br> REPRESENTATION STATEMENT |

PARTIES TO THIS ACTION:

Plaintiff:   Little White Dove, LLC

        Represented by:   Cheryl L. Graves   ABA# 97911062
                                    Farley & Graves
                                    3003 Minnesota Dr., Suite 300
                                    Anchorage, AK 99503
                                    (907) 274-5100
                                    cgraves@farleygraves.com

Representation Statement
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 2   342.1 Roehl/Represent.stmt

| | |
|---|---|
| Claimants/Respondents: | Paula Denise Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor |
| Represented by: | Charles W. Ray, Jr.<br>Law Offices of Charles W. Ray, Jr., P.C.<br>711 H Street, Suite 310<br>Anchorage, AK 99501<br>(907) 274-4839<br>dlcraylaw@acsalaska.net<br>craylaw@aol.com |

DATED 10 July 2006
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

---

Representation Statement
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 2 of 2   342.1 Roehl/Represent.stmt