Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br> Plaintiff, ) <br> ) | Case No. 3:05-cv-00067-JWS <br><br><br> NOTICE OF FILING <br> REPRESENTATION STATEMENT <br> FOR THE UNITED STATES <br> COURT OF APPEALS |

    Attached hereto is the Representation Statement bearing the Ninth Circuit Court of

Appeals heading.

DATED 11 July 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
       craylaw@aol.com
ABA# 8406048

---

Notice of Filing Representation Statement
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 2   342.1 Roehl/Notice

CERTIFICATE OF SERVICE

I hereby certify that on 11 July 2006, a copy of the foregoing Notice of Filing with attached Representation Statement, was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com


By: s/Charles W. Ray, Jr.