NO.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PAULA DENISE CALUGAN, as Personal Representative
for the Estate of Daniel Raymond Roehl, and
KASIE GUNDERSEN, as parent and next friend of Nicole Gundersen, a minor

Appellant,

vs.

LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company,
Owner of the F/V LITTLE WHITE DOVE, Official No. 607001

Appellee.

Appeal from the United States District Court

For the District of Alaska, Case No. 3:05-cv-00067-JWS

Honorable John W. Sedwick

## REPRESENTATION STATEMENT

APPELLANTS:   Paula Denise Calugan, as Personal Representative of the Estate of Daniel Raymond Roehl, and
Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor

Representation Statement
Calugan, et al. v. Little White Dove
Page 1 of 2     342.1/Roehl/Represent.stmt

        Attorney for Appellants
        Charles W. Ray, Jr.
        Law Offices of Charles W. Ray, Jr., P.C.
        711 H Street, Suite 310
        Anchorage, AK 99501
        (907) 274-4839
        E-mail:  dlcraylaw@acsalaska.net
        craylaw@aol.com

APPELLEE:       Little White Dove, LLC

        Attorney for Appellee:
        Cheryl L. Graves
        Farley & Graves
        3003 Minnesota Dr., Suite 300
        Anchorage, AK 99503
        (907) 274-5100
        E-mail:  cgraves@farleygraves.com

DATED 11 July 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
      craylaw@aol.com
ABA# 8406048

Representation Statement
Calugan, et al. v. Little White Dove
Page 2 of 2      342.1/Roehl/Represent.stmt