Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

RECEIVED
JUL 1 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br> ) <br> Plaintiff, ) <br> ) | Case No. 3:05-cv-00067-JWS <br><br> CERTIFICATE OF SERVICE |

I hereby certify that on 10 July 2006, a copy of the Civil Appeals Docketing Statement with attached Opinion and Order dated 16 June 2006, was served via the U.S. mail on:

Cheryl L. Graves
Farley & Graves
3003 Minnesota Dr., Suite 300
Anchorage, AK 99503

DATED this 10th day of July, 2006.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Claimants

By _____
Charles W. Ray, Jr.
ABA# 8406048

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Certificate of Service
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 1   342.1 Roehl/CertServ CAD