```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

        #  00128545  -  PS
          July 11, 2006


  Code    Case #    Qty     Amount

  086900-F 05-67            255.00 CK
  086400-R 05-67            200.00 CK


  TOTAL→              455.00


  FROM: LAW OFFICES OF CHARLES W. RAY
        JR. P.C.
        NOTICE OF APPEAL FEE
        3:05-CV-00067 JWS
```