CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>                    Plaintiff. | IN ADMIRALITY<br><br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

## JOINT REQUEST FOR SETTLEMENT CONFERENCE

Plaintiffs, Paula Denise Calugan, as Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, As parent and next friend of Nicole Gundersen, a minor, through their counsel, Charles W. Ray, and Defendants, Joseph Carr and Tara Carr, through their counsel, Farley & Graves, hereby jointly request a settlement conference in the above referenced matter.  The parties request the settlement conference be held by Judge H. Russell Holland.  The parties first preference for scheduling the settlement conference is

August 16, 17 or 18, 2006; the parties second preference is during the week of August 7 though August 11, 2006.

  DATED this _____ day of July 2006 at Anchorage, Alaska.

            FARLEY & GRAVES, P. C.


            By: s/Cheryl L. Graves
              CHERYL L. GRAVES
              3003 Minnesota Drive, Suite 300
              Anchorage, AK  99503
              Phone: (907) 274-5100
              Fax: (907) 274-5111
              E-mail: cgraves@farleygraves.com
                  AWinn@farleygraves.com
              Alaska Bar No.:  9711062
              Attorneys for Plaintiff, Little White Dove, LLC

  DATED this _____ day of July 2006 at Anchorage, Alaska.

            LAW OFFICE OF CHARLES W. RAY, JR. P.C.


            By: s/Charles W. Ray
              CHARLES W. RAY
              Alaska Bar No.:  8406048
              Attorneys for Plaintiffs, PAULA DENISE CALUGAN, as Personal Representative for the Estate of Daniel Raymond Roehl, and KASIE GUNDERSEN, as parent and next friend of NICOLE GUNDERSEN, a minor

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this _____ day of July 2006, I caused a true and correct copy of _____ to be served electronically on the following person(s):

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

By:  s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111