CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

### **PROPOSED ORDER**

IT IS SO ORDERED, a settlement conference for the above referenced case will be held on _____ day of _____ at the hour of _____ a.m./p.m., before Judge H. Russell Holland, in court room _____.

Dated _____ day of _____ 2006, at Anchorage, Alaska.

_____
John W. Sedwick, United State District Court Judge

PROPOSED ORDER
CASE NO. 3:05-CV-0067-JWS

Page 1 of 2                                /AW

30184 hg111121

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this _____ day of July 2006, I caused a true and correct copy of _____ to be served electronically on the following person(s):

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

By: s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111