# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Cheryl Graves  
3003 Minnesota Dr., Suite 300  
Anchorage, AK 99503  

Case Number: 3:05-cv-00067-JWS  
Case Title: In The Matter - Little White Dove  
Docket No: 37  

Document Title: Joint Request For Settlement Conference

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing  

_X_ OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

***

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  

___ Pursuant to Court Order  
___ OTHER (see comments)

28:1914(a) Filing Fee  
___ Returned for Filing Fee _or_ waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed

***

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed  

___ OTHER (see comments)

LR 5.1 Proof of Service  
_XX_ No proof of service on the document filed

***

**Comments:** Please be advised that the signatures on the above-referenced document are not dated. In the future signatures are to be dated. Regarding compliance with D.Ak.LR 5.1: the certificate of service is _not_ dated.

Name: Pam Richter         Date: **July 14, 2006**