CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111
Email:  cgraves@farleygraves.com

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

### NOTICE OF REQUEST FOR POSTPONING SETTLEMENT CONFERENCE

The parties, through their mutual counsel, respectfully request to postpone the currently scheduled settlement conference set for August 17, 2006, with Judge von der Heydt.  The parties' counsel have further discussed this matter and believe additional discovery is necessary for fruitful settlement discussions to occur.  The parties request to remove the settlement conference from the court's calendar and will request a new date once warranted.

DATED this 4th day of August 2006 at Anchorage, Alaska.

        FARLEY & GRAVES, P. C.

By: s/Cheryl L. Graves
CHERYL L. GRAVES
3003 Minnesota Drive, Suite 300
Anchorage, AK 99503
Phone: (907) 274-5100
Fax: (907) 274-5111
E-mail: cgraves@farleygraves.com
AWinn@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Plaintiff, Little White Dove, LLC

DATED this 4th day of August 2006 at Anchorage, Alaska.

        LAW OFFICE OF CHARLES W. RAY, JR., P.C.

By: s/Charles W. Ray, Jr.
CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
Alaska Bar No.: 8406048
Attorney for Respondents/Claimants, Paula Denise Calugan, as Personal Representative for the Estate of Daniel Raymond Roehl, and Kasie Gundersen, as parent and next friend of Nicole Gundersen, a minor

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 4th day of August 2006, I caused a true and correct copy of Notice of Request for Postponing Settlement Conference to be served electronically on the following person(s):

    Charles W. Ray, Jr., Esq.
    Law Offices of Charles W. Ray, Jr., P.C.
    711 H Street, Suite 310
    Anchorage, AK 99501


By:  s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

30184 hh031106