UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

6-35631

**CASE INFORMATION:**
Short Case Title: In the Matter of the Complaint of Little White Dove, LLC, et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK - 3:05-cv-00067-JWS
Date Complaint/Indictment/Petition Filed: 4/5/05
Date Appealed Order/Judgment *entered*: 6/16/06
Date NOA *filed*: 7/10/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending

RECEIVED
AUG 0 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: None

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 7/10/06    Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal? __No__ yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
Charles W. Ray, Jr.             Cheryl L. Graves
711 H Street, Suite 310         Farley & Graves
Anchorage, AK 99501             3003 Minnesota Drive, Suite 300
FAX: 907-277-9414               Anchorage, AK 99503-3673
                                FAX: 907-274-5111

_X_ retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104