CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111
Email:  cgraves@farleygrave.com

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

**PROPOSED ORDER**

**IT IS SO ORDERED,** the settlement conference scheduled for August 17, 2006, has been canceled.

DATED this _____ day of _____ 2006 at Anchorage, Alaska.

_____
James A. von der Heydt,  US District Court Judge

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 4th day of August 2006, I caused a true and correct copy of Proposed Order to be served electronically on the following person(s):

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

By: s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

PROPOSED ORDER
CASE NO. 3:05-CV-0067-JWS

Page 2 of 2

/AW

30184 hh041105