**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  LITTLE WHITE DOVE LLC  </u>   v.   <u>  DENISE PAULA CALUGAN, et al.  </u>

THE HONORABLE JOHN W. SEDWICK          CASE NO.  <u>  3:05-cv-00067-JWS  </u>

<u>   Deputy Clerk   </u>                    <u>   Official Recorder   </u>

<u>   Pam Richter   </u>                     <u>                        </u>

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The parties have advised the court of the need to conduct additional discovery to facilitate a settlement, and the court vacated the scheduled settlement conference in reliance on that advice. However, the court also notes that the deadline for the completion of discovery has passed.

Under the circumstances, the court hereby extends the time for the completion of discovery until September 15, 2006. No discovery shall be conducted beyond that date. The deadline for filing dispositive motions has also passed, and it is **not** extended.

DATE: <u>  August 7, 2006  </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u>  prr  </u>
Deputy Clerk

[FORMS*IA*]