Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Case No. 3:05-cv-00067-JWS |
| LITTLE WHITE DOVE, LLC, | ) | |
| an Alaska Limited Liability Company, | ) | |
| Owner of the F/V LITTLE WHITE | ) | |
| DOVE,  Official No. 607001, for | ) | |
| exoneration from or limitation of | ) | RESPONDENTS/CLAIMANTS' |
| liability, | ) | MOTION FOR STAY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |

Respondents/Claimants, through their lawyer Charles W. Ray, Jr., move for

an order staying proceedings in this Court pending resolution of the appeal to the Ninth

Circuit of this Court's denying Claimants' motion to lift the injunction prohibiting actions

in state court by Claimants.  Granting the stay will serve the interests of justice by allowing

the Court of Appeals' disposition of the question on appeal which, if ruled upon in favor of

Claimants, will permit their pursuit of a state court action.  If this matter is not stayed, the

Motion for Stay
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of  2   342.1 Roehl/Stay.mtn

purpose of the appeal will have been essentially mooted, with the case already decided without benefit of the Claimants' prosecution of a state court case in front of a jury is their right.  Since this appeal is as of right, Claimants' counsel was under the impression that the matter would be stayed upon the Ninth Circuit's exercise of jurisdiction over the appeal. However, it is also an interlocutory appeal such that it appears this Court believes the matter is not stayed.  Claimants' respectfully request the Court enter the appended order.


DATED 25 August 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
          craylaw@aol.com
ABA# 8406048


CERTIFICATE OF SERVICE

I hereby certify that on 25 August 2006, a copy of the foregoing Motion for Stay was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com


By: s/Charles W. Ray, Jr.


Motion for Stay
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 2 of  2   342.1 Roehl/Stay.mtn