Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> LITTLE WHITE DOVE, LLC, ) <br> an Alaska Limited Liability Company, ) <br> Owner of the F/V LITTLE WHITE ) <br> DOVE, Official No. 607001, for ) <br> exoneration from or limitation of ) <br> liability, ) <br>   ) <br>              Plaintiff,         ) <br>   ) | Case No. 3:05-cv-00067-JWS <br><br><br><br> ORDER FOR STAY |

      This matter is stayed pending receipt of the Ninth Circuit's mandate following disposition of the pending appeal of this Court's order denying Claimants' Motion to Lift Injunction (Opinion and Order, Docket No. 31) dated 16 June 2006.

      IT IS SO ORDERED this ___ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

_____
Order for Stay
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 1 of 1   342.1 Roehl/Stay.ord