CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

## OPPOSITION TO MOTION TO STAY PROCEEDING AND CROSS MOTION TO EXTEND DISCOVERY

Petitioner opposes the request to stay this entire limitation proceeding during an interim interlocutory appeal to the 9th Circuit.  Regardless of the appeal, or its outcome, the limitation action will ultimately need to be heard and decided by this court.  Both counsel were recently informed by the 9th Circuit mediator to expect a two year waiting period for either oral argument or be heard on the appeal.  The only question on appeal is whether the State Court and Federal Court actions should proceed at the same time, or whether Court's order of injunction on the state case was proper during hearing of the limitation.  Either way, this Court will hear the limitation action.  There is no benefit to either party to force the decedent's estate,

his young child, or the Petitioner to wait, at a minimum, another two years before this matter can be heard, merely for the benefit of learning whether the state court action will proceed at the same time.  There is simply no reason to prolong this proceeding for another two years, when the matter will proceed before this Court regardless of the ultimate conclusion on appeal.  Petitioner requests that the motion for stay of discovery be denied.

It appears the parties mistakenly believed discovery was stayed already due to the filing of the appeal, until the Court's recent discovery order was received.  Petitioner apologizes for this confusion, and did not realize until the Order that an interlocutory appeal was at issue.  After the appearance of new counsel for the claimants, extensions of discovery were discussed, however, the motion to proceed in State Court and subsequent appeal were filed.  The parties have not yet completed discovery which will require deposition travel and proceedings to occur in Cold Bay, Alaska and Sand Point, Alaska.  Petitioner respectfully requests 60 days to complete depositions until November 15, 2006, and expects hearing of the limitation could occur shortly thereafter.

DATED this _____ day of September 2006 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.


By: s/Cheryl L. Graves
CHERYL L. GRAVES
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
Phone:    (907) 274-5100
Fax:        (907) 274-5111
E-mail:    cgraves@farleygraves.com
              dcharter@farleygraves.com
Alaska Bar No.:  9711062

OPPOSITION TO MOTION TO STAY PROCEEDING AND CROSS MOTION TO EXTEND DISCOVERY
CASE NO. 3:05-CV-0067-JWS

Page 2 of 3

/AW

30184 hi111108

Attorneys for Plaintiff, Little White Dove, LLC

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this _11th_ day of September 2006, I caused a true and correct copy of the Opposition to Motion to Stay Proceeding and Cross Motion to Extend Discovery to be served electronically on the following person(s):

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

By:  s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

OPPOSITION TO MOTION TO STAY PROCEEDING AND CROSS MOTION TO EXTEND DISCOVERY
CASE NO. 3:05-CV-0067-JWS
Page 3 of 3    /AW

30184 hi111108