CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska 99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

### ORDER REGARDING CROSS MOTION TO EXTEND DISCOVERY

IT IS SO ORDERED discovery will be extended until November 15, 2006.

DATED this _____ day of September 2006 at Anchorage, Alaska.

                                                By: s/John W. Sedwick
                                                THE HONORABLE JOHN W. SEDWICK

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100  FAX (907) 274-5111

ORDER REGARDING CROSS MOTION TO EXTEND DISCOVERY
CASE NO. 3:05-CV-0067-JWS         Page 1 of 2         /AW

30184 hi111109

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this __11th___ day of September 2006, I caused a true and correct copy of the Order Regarding Cross Motion to Extend Discovery to be served electronically on the following person(s):

    Charles W. Ray, Jr., Esq.
    Law Offices of Charles W. Ray, Jr., P.C.
    711 H Street, Suite 310
    Anchorage, AK 99501

By:  s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111