CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Plaintiff, LITTLE WHITE DOVE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>Plaintiff. | IN ADMIRALITY<br><br><br><br><br><br>Case No. 3:05-CV-0067-JWS |

**SUR REPLY TO CONDITIONAL OPPOSITION TO
MOTION TO EXTEND DISCOVERY**

Petitioner objects to Claimant's new request to entirely vacate the pretrial order in this case.  Pretrial deadlines including preliminary and final witness lists, and the naming of experts and disclosure of expert reports expired long ago.  The parties have had sufficient time to name witnesses and experts in the matter.  The only reason for the extension of discovery was to accommodate the appearance of new counsel in the case and the interim issues on the 9th Circuit appeal with the parties' prior belief that the case was stayed.  Deadlines which expired

long before these issues arose, and before the appearance of new counsel in the case should not be extended.

Claimants and Petitioner were fully represented by counsel at the time prior deadlines occurred and provided their information. Thus, neither party is prejudiced by the expiration of pretrial deadlines before substitution of new counsel and filing of the appeal. The remaining deadlines occurring after appearance of counsel and the appeal were the Close of Discovery, Discovery Motions and Dispositive Motions and Motions in Limine. Petitioner's respectfully request an extension of these matters so that the case can be timely heard.

DATED this 3rd day of October 2006 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Cheryl L. Graves
CHERYL L. GRAVES
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
Phone: (907) 274-5100
Fax: (907) 274-5111
E-mail: cgraves@farleygraves.com
dcharter@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Plaintiff, Little White Dove, LLC

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100  FAX (907) 274-5111

SUR REPLY TO CONDITIONAL OPPOSITION TO MOTION TO EXTEND DISCOVERY
CASE NO. 3:05-CV-0067-JWS
Page 2 of 3                                                         /AW

30184 hj031104

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this ___3rd_____ day of October 2006, I caused a true and correct copy of the Sur Reply to Conditional Opposition to Motion to Extend Discovery to be served electronically on the following person(s):

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

By:  s/Cheryl L. Graves

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111