UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 2 0 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| LITTLE WHITE DOVE LLC,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>DENISE PAULA CALUGAN; et al.,<br><br>    Defendants - Appellants. | No. 06-35631<br><br>D.C. No. CV-05-00067-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |
|---|---|

RECEIVED

OCT 2 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On October 18, 2006, a telephone conference was held with Circuit Mediator Margaret A. Corrigan. Charles W. Ray, Jr., Esq. participated on behalf of appellants; Cheryl L. Graves participated on behalf of appellee.

The court will initiate a further conference by telephone on December 18, 2006, at 12:00 p.m. **PACIFIC (San Francisco) Time**.

The briefing schedule previously set by the court is amended as follows: appellants shall file an opening brief on or before January 22, 2007; appellee shall file an answering brief on or before February 21, 2007; appellants may file an optional reply brief on or before March 7, 2007.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator