RECEIVED
DEC 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
DEC 2 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LITTLE WHITE DOVE LLC,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>DENISE PAULA CALUGAN; et al.,<br><br>　　Defendants - Appellants. | No. 06-35631<br><br>D.C. No. CV-05-00067-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

On December 18, 2006, a telephone conference was held with Circuit Mediator Margaret A. Corrigan. Charles W. Ray, Jr., Esq. participated on behalf of appellants; Cheryl L. Graves participated on behalf of appellee.

The court will initiate a further conference by telephone on January 19, 2007, at 12:00 p.m. **Pacific Time** (11:00 a.m. Alaska Time).

　　　　　　　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　　　　　　　*Margaret A. Corrigan*
　　　　　　　　　　　　　　　　　　Margaret A. Corrigan
　　　　　　　　　　　　　　　　　　Circuit Mediator