1. John E. Casperson
2. HOLMES WEDDLE & BARCOTT
   999 Third Avenue, Suite 2600
3. Seattle, Washington 98104
   (206) 292-8008
4. Mediator

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability, <br><br>Plaintiff. | IN ADMIRALITY <br><br> Case No. 3:05-CV-0067-JWS |

### NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

By agreement of the parties, the undersigned mediator conducted a mediation session in this matter on January 16, 2007. Pursuant to Local Rule 16.2(e)(3), the mediator reports to the Court that this matter has been fully settled. The parties will file a Notice of Dismissal of all claims with prejudice within 30 days of this report.

DATED this ____ day of January, 2007.

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, WSBA #14292
Mediator

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION - 1
Case No. 3:05-CV-0067-JWS

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. CERTIFICATE OF SERVICE
2.
3. The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 24th day of January, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:
4.
5.
6. Charles W. Ray, Jr., Esq. - craylaw@aol.com
   Law Offices of Charles W. Ray, Jr., P.C.
7. 711 H Street, Suite 310
   Anchorage, AK 99501
8.
9. Cheryl Graves, Esq. - cgraves@farleygraves.com
   Farley & Graves, P.C.
   807 G Street, Suite 250
10. Anchorage, AK 99501
11. /s/ Alegria Benton
    Alegria Benton
12.
13. G:\MISC\JEC\Med Roehl v\Not ADR 1.24.07.doc
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION - 2
Case No. 3:05-CV-0067-JWS

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008