Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Lawyer for Respondents/Claimants,
Paula Denise Calugan, as Personal
Representative for the Estate of Daniel Raymond
Roehl, and Kasie Gundersen, as parent and
next friend of Nicole Gundersen, a minor

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of LITTLE WHITE DOVE, LLC, an Alaska Limited Liability Company, Owner of the F/V LITTLE WHITE DOVE, Official No. 607001, for exoneration from or limitation of liability,<br><br>                          Plaintiff, | Case No. 3:05-cv-00067-JWS<br><br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff LITTLE WHITE DOVE, LLC by and through its lawyer Cheryl L. Graves, and Defendants DENISE PAULA CALUGAN, et al. and through their lawyer Charles W. Ray, Jr., hereby stipulate that all claims by and between the parties pending in the above-captioned case may be dismissed, with prejudice, with each of the parties to bear their own costs and fees.

In accordance with Fed. R. Civ. P. 41(a), such dismissal shall be effective upon filing of this stipulation and without further order of court.

DATED 20 March 2007

/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
        craylaw@aol.com
ABA# 8406048


Cheryl L. Graves    ABA# 97911062
Farley & Graves
807 G St., Suite 250
Anchorage, AK 99501
Phone: 274-5100
Fax: 274-5111
cgraves@farleygraves.com


CERTIFICATE OF SERVICE

I hereby certify that on 20 March 2007, a copy of the foregoing Stipulation for Dismissal was served electronically on:

Cheryl L. Graves
Farley & Graves
cgraves@farleygraves.com


By: /s/Charles W. Ray, Jr.

---

Amended Certificate of Service
In Re Complaint of Little White Dove   3:05-cv-00067-JWS
Page 2 of 2   342.1 Roehl/CertServ