**FILED**

MAR 27 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RECEIVED**

MAR 30 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| LITTLE WHITE DOVE LLC, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DENISE PAULA CALUGAN; et al., <br><br> Defendants - Appellants. | No. 06-35631 <br><br> D.C. No. CV-05-00067-JWS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 27 2007

by
Deputy Clerk